UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cr-20172-GAYLES/TORRES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLEVON WEBSTER,

        Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant Clevon Webster's Motion to Dismiss (the "Motion"). [ECF No. 45]. The Motion was referred to Magistrate Judge Edwin G Torres for a Report and Recommendation. [ECF No. 46]. On December 16, 2021, Judge Torres issued his report recommending that the Court deny the Motion to Dismiss (the "Report"). [ECF No. 52]. On December 30, 2021, Defendant filed objections to the Report. [ECF No. 53].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the record and agrees with Judge Torres's well-reasoned analysis and conclusion that the Motion should be denied. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Torres's Report [ECF No. 52] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Defendant Clevon Webster's Motion to Dismiss [ECF No. 45] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE